*Lindsay & Lewis*, for appellants.

*Robinson & Perden*, for appellees.

———————————

### CARPENTER *v*. THE STATE.

APPEAL from the *Steuben* Circuit Court.

*Per Curiam.*—This was an indictment and conviction for selling intoxicating liquor. It falls within the case of *Lauer* v. *The State*, at the last term.

Judgment reversed.

*J. A. Woodhull*, for appellant.